# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

GALE E. TENEFF,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-06-0295-MWL

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

**FILE CLOSED.**

DATED this 24th day of May, 2007.

                      JAMES R. LARSEN
                      District Court Executive/Clerk

                      by: <u>s/Pamela A. Howard</u>
                              Deputy Clerk

cc: all counsel